BEFORE THE THIRD DIVISION, JUNE 13, 1963

**No. 67816.**—Ross Products, Inc. *v.* United States, protest 60/10997 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiff was sustained.